IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CT-3169-H

| LACY LEE WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| WAKE COUNTY JAIL, | ) | |
| Defendant. | ) | |

This matter is before the court on a filing that the court construes as a motion for appeal of judgment and for reconsideration. In a March 18, 2008, unpublished opinion, the United States Court of Appeals for the Fourth Circuit affirmed this court's February 29, 2008, order dismissing Plaintiff's claims as frivolous. For this reason, Plaintiff's motion is DENIED as moot.

SO ORDERED this 2nd day of October 2008.

MALCOLM J. HOWARD
Senior United States District Judge

nem